IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA J. SATTERLEE, PH.D., | |
| Plaintiff, | |
| v. | Civil Action No.: SAG-25-02403 |
| UNIVERSITY OF MARYLAND EASTERN SHORE, et al. | |
| Defendants. | |

**ORDER**

The above-captioned Complaint was filed with the full filing fee, and therefore Plaintiff bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants.

One of the named Defendants is a corporation. Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h). The summons and Complaint are generally served on the resident agent, president, secretary, or treasurer. *See* Md. Rule 2-124(d). Plaintiff may contact the office of the State Department of Assessments and Taxation at (410)767-1330 or visit the website at https://egov.maryland.gov/BusinessExpress/EntitySearch to obtain the name and service address for the resident agent of a corporate defendant.

Under Fed. R. Civ. P. 4(e)(1), service of process on an individual must comport with the state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located. In Maryland, service on an individual Defendant is made by either: leaving a copy of the summons, Complaint, and all other papers filed with it at the

individual's dwelling house or usual place of abode with a resident of suitable age and discretion, or by mailing to the person to be served a copy of the summons, Complaint, and all other papers filed with it by certified mail requesting "Restricted Delivery – show to whom, date, address of delivery." Md. Rule 2-121(a).

Both LexisNexis and Westlaw provide free public access to the Maryland Rules. Free public access to the Maryland Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law/code-rules-laws-sources.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court,[1] through an affidavit, that he or she has served Defendants.

If there is no record that service was effectuated on Defendants, Plaintiff risks dismissal of this case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an Order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 21st day of August, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to issue summons and to return summons to Plaintiff. If service copies of the Complaint were provided, the Clerk

---

[1] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service showing who received service and when it was received.

SHALL RETURN them to the Plaintiff; and

2. The Clerk SHALL SEND a copy of this Order to Plaintiff.

                                                                         /s/
                                          Stephanie A. Gallagher
                                          United States District Judge