# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DONNA SATTERLEE, | * |
|     *Plaintiffs*, | * |
| v. | * |
| |    No. 1:25-cv-2403-SAG |
| UNIVERSITY OF MARYLAND, EASTERN SHORE, ET AL., | * |
|     *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant University of Maryland Eastern Shore (the "University"), by its undersigned counsel, requests that the deadline to file responses to plaintiff's second amended complaint be extended to October 10, 2025. As grounds for this motion, the University states as follows:

1. Plaintiff filed her complaint on July 23, 2025.

2. Plaintiff filed an Amended Complaint on August 15, 2025.

3. Because the numerous individual defendants are being served on different dates, their responses to the complaint will be due on multiple dates.

4. Counsel for the University has begun to investigate the claims in the case, but additional time is needed to determine whether the individual defendants, all State of Maryland employees, have been served and are entitled to representation from the undersigned counsel pursuant to Md. Code Ann., State Gov't § 12-304.

5. To avoid unnecessary duplication and multiple filings, counsel for the University requires an extension of time to prepare a response to the complaint. This extension will also allow additional time for counsel to investigate the numerous allegations in the complaint and resolve representation of the individual defendants.

6. Accordingly, the University requests an extension of time to respond to the complaint for all defendants.

7. Plaintiff, who is proceeding *pro se*, stated by email to undersigned counsel that she does not consent to an extension of time because she does not believe it would be appropriate for the individual defendants to be represented by undersigned counsel.

8. Undersigned counsel for the University submits that, in accordance with Federal Rule of Civil Procedure 6(b), good cause exists for granting the proposed extension of time to respond to the complaint. *See Chiao v. United Airlines, Inc.*, No. CV ELH-25-687, 2025 WL 1736291, at *5 (D. Md. June 23, 2025) (extending deadline and noting that additional time is often given "as a courtesy, generally at the outset of a case, when the opposing side cannot seriously claim prejudice"); *Jahangiri v. Blinken*, No. CV DKC 23-2722, 2024 WL 1656269, at *3 (D. Md. Apr. 17, 2024) (granting two extensions of time to respond to a complaint, finding that waiting for additional information needed for a motion to dismiss and demands from other cases established good cause for the extension).

Wherefore, the University respectfully requests that the Court extend the time for the University and all other defendants represented by undersigned counsel to file their response to Plaintiff's complaint until October 10, 2025.

Respectfully submitted,

/s/ Jennifer A. DeRose

_____
JENNIFER A. DEROSE
Federal Bar No. 28374
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 17th Floor
Baltimore, Maryland  21202
jderose@oag.state.md.us
(410) 576-6318
(410) 576-6437 (facsimile)

September 10, 2025

Attorneys for Defendants
University of Maryland Eastern Shore
and the University System of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2025 a copy of the foregoing was served via United States mail and by email on the following:

Dr. Donna J. Satterlee
30414 Oak Street
Princess Anne, Maryland 21583
donna.j.satterlee@gmail.com

/s/ Jennifer A. DeRose

_____
Jennifer A. DeRose