# EXHIBIT 3



**COCKEY BRENNAN
& MALONEY** P.C.

313 Lemmon Hill Lane
Salisbury, MD 21801

O) 410.546.1750
F) 410.546.1811

CBMlawfirm.com

ROBIN RINGGOLD COCKEY, ESQ.
rrcesq@cbmlawfirm.com
D) 410.546.1698

July 17, 2024

***Via Email: [mataylor3@umes.edu](mailto:mataylor3@umes.edu)***

Matthew A. Taylor, Esquire
General Counsel
Office of the President
John T. Williams Hall, Suite 2102
Princess Anne, Maryland 21853

***Re: Donna Satterlee***

Dear Matt,

I represent Donna Satterlee.

Dr. Satterlee is an associate professor in the process of applying for promotion to full professor. During her many years of employment at UMES, Dr. Satterlee performed well, was promoted, and was tenured. Until the advent of her present chair, Dr. Namwamba, she was never disciplined.

Dr. Namwamba has filed multiple complaints against Dr. Satterlee with OIE, principally for "bullying". OIE has adopted Dr. Namwamba's complaints uncritically and is now recommending that Dr. Satterlee be fired, despite Dr. Satterlee's long, unblemished career and the fact that she is fully tenured. Dr. Satterlee has appealed, and I am prepared to exhaust all available internal remedies on her behalf and if necessary to file suit. I write, however, to propose settlement.

I will not belabor the facts, which have no doubt already been called to your attention. I will merely point out a few fallacies in the OIE analysis: "Bullying" is prohibited by policy in state service but is not defined with sufficient clarity to serve as the basis for stripping an employee of tenure—manifestly a huge due process problem for the State. To the extent any sort of definition can be teased out of the policy, it would appear to prohibit mistreatment of an employee by the "employer". Thus, to qualify as "bullying," conduct must be otherwise wrongful and must be from the top down i.e. by a supervisor to a supervisee. Thus, Dr. Satterlee cannot be said

to have "bullied" her supervisor because she has no authority over her supervisor. Moreover, the conduct attributed to Dr. Satterlee and stigmatized as "bullying" is not otherwise wrongful: there is nothing wrongful about criticizing your boss, protesting a bad evaluation, "gossiping", or telling colleagues you've hired legal counsel. These activities are not only perfectly legal but are protected by the doctrine of academic freedom.

In short, this is a bum rap, and we are prepared to fight it. If the University wishes to compromise this dispute, Dr. Satterlee will enter into a terminal leave agreement. If that is unacceptable, then we ask that the University retain Dr. Satterlee as an active employee and allow her promotion process to advance without interference or retaliation. If the University is unwilling to do either, then, as the saying goes, we will see you in court.

All the best.

Cordially,

Robin R. Cockey

RRC/lb

Cc: Donna Satterlee